1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A., a minor by and through his parents, L.A. and M.A., | ) 1:09-cv-00834 AWI GSA<br>)<br>) |
| Plaintiffs, | ) ORDER RE APPOINTMENT OF GUARDIAN<br>) AD LITEM AND APPLICATION FOR USE OF<br>) PSEUDONYMS |
| v. | )<br>) (Docs. 2 & 3) |
| EXETER UNION SCHOOL DISTRICT, | )<br>) |
| Defendant. | )<br>) |

    On May 11, 2009, Plaintiffs filed a Motion to Appoint Guardian ad Litem (Doc. 2) and an

Application for Use of Pseudonyms (Doc. 3).

    Having reviewed and considered the foregoing, IT IS HEREBY ORDERED as follows:

    1.    L.A. is appointed as Guardian ad Litem for S.A., a minor;

    2.    S.A., L.A. and M.A. be identified by use of their initials in all documents

        hereinafter filed with the Court relating to, and/or arising from, this matter.

IT IS SO ORDERED.

 **Dated:    June 26, 2009**            /s/ **Gary S. Austin**
                            UNITED STATES MAGISTRATE JUDGE

1