1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

| | | |
|---|---|---|
| 10 | S.A., a minor by and through his parents, L.A. and M.A., | ) ) ) |
| | | NO. 1:09-CV-00834-AWI-GSA |
| 11 | | ) ) |
| | Plaintiff, | ORDER OF DISMISSAL |
| 12 | | ) ) |
| 13 | v. | ) ) |
| | | [Document No. 29] |
| | EXETER UNION SCHOOL DISTRICT, | ) ) |
| 14 | | ) |
| | Defendant. | ) |
| 15 | | ) |

16

17    The Stipulation for Dismissal filed by the parties on December 16, 2009, is granted and

18   the Court hereby DISMISSES the above captioned case with prejudice.

19

20   IT IS SO ORDERED.

21   **Dated:    December 18, 2009**                      /s/ Anthony W. Ishii
                                                 CHIEF UNITED STATES DISTRICT JUDGE

22
23
24
25
26
27
28